UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*In re:*  : Chapter 11

SUNRISE/HOVCARE, L.P.

       Debtor  : Bankruptcy No. 16-

## PARTNERSHIP RESOLUTION AUTHORIZING FILING PETITION FOR REORGANIZATION OR LIQUIDATION

**WHEREAS**, Sunrise/Hovcare, L.P., a New Jersey limited partnership, is unable to pay its debts as they mature, and it is necessary for the partnership to reorganize and it is advisable to proceed under the acts of Congress relating to Bankruptcy;

**THEREFORE**, be it resolved this partnership is authorized to file a Petition for reorganization under the acts of Congress relating to Bankruptcy.

**RESOLVED**, that Peter Hovnanian, President of Hovnanian Management, Inc. and J.S. Hovnanian & Sons, Inc., the General Partner of the Debtor, is hereby authorized to execute the Petition and other documents and to take or cause to be taken such proceedings as may be desirable or necessary to secure this partnership any and all relief that it may be entitled to under the Bankruptcy Reform Act of 1978, and that Ciardi Ciardi & Astin be employed to carry out the provisions of the Resolution.

Dated: March 2, 2016

SUNRISE/HOVCARE, L.P.

By: _____
Peter Hovnanian, President of Hovnanian Management, Inc.

By: _____
Peter Hovnanian, President of J.S. Hovnanian & Sons, Inc.