UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.                     Case No. _16-13894 (JNP)
          Debtor

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession "
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection  (Form IR-1) | Y | |
| Certificates of Insurance: | | |
|    Workers Compensation | N/A | |
|    Property | Y | |
|    General Liability | Y | |
|    Vehicle | N/A | |
|    Other: | N/A | |
| Evidence of Debtor in Possession Bank Accounts | | |
|    Tax Escrow Account | N/A | |
|    General Operating Account | Y | X |
|    Other: | | |
|    Other: | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____          _____4-26-16_____
Signature of Debtor                                           Date


_____          _____
Signature of Joint Debtor                                   Date

_____          _____4/26/16_____
Signature of Authorized Individual*                  Date

Robert W. Haslam                                          V.P. of Operations
Printed Name of Authorized Individual            Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(9/99)

In re SUNRISE / HOVCARE L.P.                                                     Case No. 16-13894 (JNP)
         Debtor

## CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: March 2016 through February 2017

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief   Amended cash flow projections should be submitted as necessary

| | Month March | Month April | Month May | Month June | Month July | Month August | Month September | Month October | Month November | Month December | Month January | Month February | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | -232.17 | 54.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | -232.17 |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | | | | | | | | | | | | | 0.00 |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | 0.00 |
| LOANS AND ADVANCES | 254.48 | 783.12 | 2,257.53 | 457.00 | 2,282.00 | 1,977.00 | 457.00 | 782.00 | 1,977.00 | 457.00 | 782.00 | 1,977.00 | 14,443.13 |
| SALE OF ASSETS | | | | | | | | | | | | | 0.00 |
| OTHER (ATTACH LIST) | 287.05 | 9.88 | | | | | | | | | | | 296.93 |
| | | | | | | | | | | | | | 0.00 |
| **TOTAL RECEIPTS** | 541.53 | 793.00 | 2,257.53 | 457.00 | 2,282.00 | 1,977.00 | 457.00 | 782.00 | 1,977.00 | 457.00 | 782.00 | 1,977.00 | 14,740.08 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | | | | | | | | | | | | | 0.00 |
| PAYROLL TAXES | | | | | | | | | | | | | 0.00 |
| SALES, USE, AND OTHER TAXES | | | 1,511.53 | | | 1,520.00 | | | 1,520.00 | | | 1,520.00 | 6,071.53 |
| INVENTORY PURCHASES | | | | | | | | | | | | | 0.00 |
| SECURITY RENTALS/LEASES | | | | | | | | | | | | | 0.00 |
| INSURANCE | 0.00 | 0.00 | 178.00 | 89.00 | 89.00 | 89.00 | 89.00 | 89.00 | 89.00 | 89.00 | 89.00 | 89.00 | 979.00 |
| ADMINISTRATIVE & SELLING | | 60.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 210.00 |
| OTHER (ATTACH LIST) | 254.48 | 353.00 | 553.00 | 353.00 | 353.00 | 353.00 | 353.00 | 353.00 | 353.00 | 353.00 | 353.00 | 353.00 | 4,337.48 |
| | | | | | | | | | | | | | 0.00 |
| PROFESSIONAL FEES | | | | | 1,500.00 | | | | | | | | 1,500.00 |
| U.S. TRUSTEE FEES | 0.00 | 325.00 | | | 325.00 | | | 325.00 | | | 325.00 | | 1,300.00 |
| COURT COSTS | | | | | | | | | | | | | 0.00 |
| **TOTAL DISBURSEMENTS** | 254.48 | 738.00 | 2,257.53 | 457.00 | 2,282.00 | 1,977.00 | 457.00 | 782.00 | 1,977.00 | 457.00 | 782.00 | 1,977.00 | 14,398.01 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | 287.05 | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 342.05 |
| **Cash End of Month** | 54.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 | 109.88 |

FORM B-1
(7/91)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.                    Case No. _16-13894 (JNP)
          Debtor

Explanation

The bank statement that is shown is Pre - D.I.P. account as the D.I.P. account was opened in April

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re SUNRISE / HOVCARE L.P.             Case No. _16-13894 (JNP)
      Debtor                        Reporting Period: MARCH 2016 thru FEBRUARY 2017

RECEIPTS

Other Receipts - $287.05 was deposited on 3/4 to fund checks written Feb. 29, 2016 – pre-petition
      $9.88 transferred to new D.I.P. Account

**EXPENSE - MARCH 2016**

| AMINISTRATIVE | OTHER | | Professional |
|---|---|---|---|
| 15.00 Bank Srv Charge | 200.78 P.S.E & G. | | |
| | 53.70 S&W MUA | | |
| | 30.00 Bank NSF | | |

**EXPENSES - for April 2016 thru February 2017**

For May only - vandilism repairs - front door of home kicked in.est. $200 in repairs

| AMINISTRATIVE | OTHER | | Professional | |
|---|---|---|---|---|
| 15.00 Bank Srv Charge | 200.00 P.S.E & G. | Est for year | 1,500.00 Heffler/Acctg | July |
| | 53.00 S&W MUA | Est for year | | |
| | 100.00 Maint | Est for year | | |
| 15.00 | 353.00 | | 1,500.00 | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re _SUNRISE / HOVCARE L.P.

Case No. _16-13894 (JNP)
Reporting Period: MARCH 2016

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | x |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | x |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | N/A | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | N/A | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          4-26-16
Signature of Debtor                               Date

_____          _____
Signature of Joint Debtor                        Date

_____          Date 4/26/16
Signature of Authorized Individual*

Robert W. Haslam                          V.P. of Operations
Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

In re_SUNRISE / HOVCARE L.P.
      Debtor

Case No. 16-13894 (JNP)

Reporting Period: MARCH 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1).   Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.   [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | -232 17 | | | | -232.17 | -232.17 | -232 17 | -232 17 |
| | | | | | | | | |
| RECEIPTS | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | 254 48 | | | | 254 48 | 254 48 | 254 48 | 254 48 |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | 287 05 | | | | 287 05 | 287 05 | 287 05 | 287 05 |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | 541 53 | | | | 541 53 | 541 53 | 541 53 | 541 53 |
| | | | | | | | | |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 254 48 | | | | 254 48 | 254 48 | 254 48 | 254 48 |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U S TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 254 48 | | | | 254 48 | 254 48 | 254 48 | 254 48 |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | 287 05 | | | | 287 05 | 287 05 | 287 05 | 287 05 |
| | | | | | | | | |
| CASH - END OF MONTH | 54 88 | | | | 54 88 | 54 88 | 54 88 | 54 88 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 254 48 |
| LESS  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 00 |
| PLUS  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i e  from escrow accounts) | 0 00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 254 48 |

FORM MOR-1
(9/99)

In re SUNRISE / HOVCARE L.P.
       Debtor

Case No. _16-13894 (JNP)
Reporting Period: MARCH 2016

### BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

OTHER

Please see attached bank statement

FORM MOR-1 (CON'T)
(9/99)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.                Case No. _16-13894 (JNP)
Debtor                        Reporting Period: MARCH 2016

Explanation

The bank account that is shown is pre-petition.  Transaction occurred during the month
of March prior to knowing that we needed a D.I.P. account (this took place in April).

Attached is a copy of the bank statement.  The balance of this account will be transferred to
the D.I.P. Account.

In re SUNRISE / HOVCARE L.P.                          Case No.__16-13894 (JNP)
Debtor                                    Reporting Period: March

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 0.00 | 0.00 |
| Less: Returns and Allowances | 0.00 | 0.00 |
| Net Revenue | 0.00 | 0.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0.00 | 0.00 |
| Add: Purchases | 0.00 | 0.00 |
| Add: Cost of Labor | 0.00 | 0.00 |
| Add: Other Costs (attach schedule) | 0.00 | 0.00 |
| Less: Ending Inventory | 0.00 | 0.00 |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| **OPERATING EXPENSES** | | |
| Advertising | 0.00 | 0.00 |
| Auto and Truck Expense | 0.00 | 0.00 |
| Bad Debts | 0.00 | 0.00 |
| Contributions | 0.00 | 0.00 |
| Employee Benefits Programs | 0.00 | 0.00 |
| Insider Compensation* | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Management Fees/Bonuses | 0.00 | 0.00 |
| Office Expense | 0.00 | 0.00 |
| Pension & Profit-Sharing Plans | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 0.00 |
| Rent and Lease Expense | 0.00 | 0.00 |
| Salaries/Commissions/Fees | 0.00 | 0.00 |
| Supplies | 0.00 | 0.00 |
| Taxes - Payroll | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes - Other | 0.00 | 0.00 |
| Travel and Entertainment | 0.00 | 0.00 |
| Utilities | 254.48 | 254.48 |
| Other (attach schedule) | 45.00 | 45.00 |
| Total Operating Expenses Before Depreciation | 299.48 | 299.48 |
| Depreciation/Depletion/Amortization | 0.00 | 0.00 |
| Net Profit (Loss) Before Other Income & Expenses | -299.48 | -299.48 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0.00 | 0.00 |
| Interest Expense | 0.00 | 0.00 |
| Other Expense (attach schedule) | 0.00 | 0.00 |
| Net Profit (Loss) Before Reorganization Items | 0.00 | 0.00 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0.00 | 0.00 |
| U. S. Trustee Quarterly Fees | 325.00 | 325.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0.00 | 0.00 |
| Gain (Loss) from Sale of Equipment | 0.00 | 0.00 |
| Other Reorganization Expenses (attach schedule) | 0.00 | 0.00 |
| Total Reorganization Expenses | 325.00 | 325.00 |
| Income Taxes | 0.00 | 0.00 |
| Net Profit (Loss) | -624.48 | -624.48 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2

(9/99)

In re_SUNRISE / HOVCARE L.P.
   Debtor

Case No. 16-13894 (JNP)
Reporting Period: MARCH 2016_____

## STATEMENT OF OPERATIONS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Accrued Bank fee - | 45.00 | 45.00 |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.
         Debtor

Case No. _16-13894 (JNP)
Reporting Period: MARCH 2016

Explanation

In re  SUNRISE / HOVCARE L P
           Debtor

Case No.   16-13894 (JNP)
Reporting Period  MARCH 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 54 88 | -212.17 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 0 00 | 0 00 |
| Accounts Receivable (Net) | 4,208,322 72 | 4,208,322 72 |
| Notes Receivable | 0 00 | 0 00 |
| Inventories | 0 00 | 0 00 |
| Prepaid Expenses | 0 00 | 0 00 |
| Professional Retainers | 0 00 | 0 00 |
| Other Current Assets (attach schedule) | 0 00 | 0 00 |
| *TOTAL CURRENT ASSETS* | 4,208,377 60 | 4,208,090 55 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 203,300 00 | 203,300 00 |
| Machinery and Equipment | 0 00 | 0 00 |
| Furniture, Fixtures and Office Equipment | 0 00 | 0 00 |
| Leasehold Improvements | 0 00 | 0 00 |
| Vehicles | 0 00 | 0 00 |
| Less Accumulated Depreciation | -152,000 00 | -152,000 00 |
| *TOTAL PROPERTY & EQUIPMENT* | 51,300 00 | 51,300 00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 00 | 0 00 |
| Other Assets (attach schedule) | 0 00 | 0 00 |
| *TOTAL OTHER ASSETS* | 0 00 | 0 00 |
| | | |
| **TOTAL ASSETS** | 4,259,677 60 | 4,259,390 55 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 0.00 | 0 00 |
| Taxes Payable (refer to FORM MOR-4) | 0 00 | 0 00 |
| Wages Payable | 0 00 | 0 00 |
| Notes Payable | 0 00 | 0 00 |
| Rent / Leases - Building/Equipment | 0 00 | 0 00 |
| Secured Debt / Adequate Protection Payments | 0 00 | 0 00 |
| Professional Fees | 0 00 | 0 00 |
| Amounts Due to Insiders* | 0 00 | 0 00 |
| Other Postpetition Liabilities (attach schedule) | 370 00 | 0 00 |
| *TOTAL POSTPETITION LIABILITIES* | 370 00 | 0 00 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 13,447 28 | 13,447 28 |
| Priority Debt | 0 00 | 0 00 |
| Unsecured Debt | 124,807 08 | 124,807 08 |
| *TOTAL PRE-PETITION LIABILITIES* | 138,254 36 | 138,254 36 |
| | | |
| *TOTAL LIABILITIES* | 138,624 36 | 138,254 36 |
| **OWNER EQUITY** | | |
| Capital Stock | 0 00 | 0 00 |
| Additional Paid-In Capital | 4,137,618 28 | 4,137,618 28 |
| Partners' Capital Account | 0 00 | 0 00 |
| Owner's Equity Account | 1,091 80 | 1,091 80 |
| Retained Earnings - Pre-Petition | -17,573 89 | -17,573 89 |
| Retained Earnings - Postpetition | -624 48 | 0 00 |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 541 53 | |
| *NET OWNER EQUITY* | 4,121,053 24 | 4,121,136 19 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 4,259,677 60 | 4,259,390.55 |

*"Insiders" is defined in 11 U.S.C. Section 101(31)

FORM MOR-3
(9/99)

In re   SUNRISE / HOVCARE L.P.                                   Case No. __16-13894 (JNP)
Debtor                                                          Reporting Period:  MARCH 2016

## BALANCE SHEET – continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| Accrued Bank fees | 45.00 | |
| Accrued Quarterly Trustee Fees | 325.00 | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| Non-Debtor funding for check runs | 541.54 | 0 00 |
| | | |
| | | |
| | | |
| | | |

Restricted Cash:  cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.

FORM MOR-3 (CONT)
(9/99)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.

Debtor

Case No. _16-13894 (JNP)

Reporting Period: MARCH 2016

Explanation

Secured Debt - Taxes due to Twp $13447.28
Unsecured Debt - $4,504.05 payables to vendors - $38,555.65 suspense account - $81,747.38 accrued payables

In re____SUNRISE / HOVCARE L P.                          Case No. __16-13894 (JNP)
              Debtor                                     Reporting Period: MARCH 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | 0.00 |
| FICA-Employee | | | | | | 0.00 |
| FICA-Employer | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Income | | | | | | 0.00 |
| Other | | | | | | 0.00 |
| Total Federal Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **State and Local** | | | | | | |
| Withholding | | | | | | 0.00 |
| Sales | | | | | | 0.00 |
| Excise | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Real Property | | | | | | 0.00 |
| Personal Property | | | | | | 0.00 |
| Other | | | | | | 0.00 |
| Total State and Local | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wages Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Building | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Secured Debt/Adequate Protection Payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amounts Due to Insiders* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Postpetition Debts | 0.00 | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).                    FORM MOR-4
                                                                       (9 99)

In re SUNRISE / HOVCARE L.P.                                      Case No. 16-13894 (JNP)
                     Debtor                                      Reporting Period: MARCH 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

Question #2 response - electric and sewer water charges where paid prior to knowledge of how to handle the
payment of invoices received under the D.I.P. guidelines.  Total amount was $254.48

FORM MOR-5
(9/99)

## BANK RECONCILIATION

| MONTH: | **March-16** | | | |
|---|---|---|---|---|

| COMPANY: SUNRISE I - PARKE BANK | PREPARED BY:  STACY | DATE: | 4/8/2016 |
|---|---|---|---|

General Ledger Beginning Balance:                     -232.17

Deposits:                                              541.53

Disbursements:                                        -254.48

Prior Month's Adj Jes·
Prior Month's Adj Jes:

Current Month Adjusting Entries:


GENERAL LEDGER ENDING BALANCE                          54.88

| Bank Fees: | MAINTENANCE SVC CHG 3/31/16 | -15.00 |
|---|---|---|
| | NSF CHARGE 3/3/16 | -30.00 |

Interest:


**Adjusted General Ledger Ending Balance**              9.88

Add: Outstanding Checks                                254.48

| CHECK | DATE | AMOUNT |
|---|---|---|
| 5505 | 3/29/16 | 200.78 |
| 5506 | 3/29/16 | 53.70 |
| | | |
| | | |
| | | |

**Reconciled General Ledger Balance**                 264.36

Bank Ending Balance:
        Sweep
        Operating          264.36
        Cash
                                                       264.36
Adjustments to Bank Balance (Operating)


Bank Adjusted Balance                                  264.36


Reconciliation Difference                                0.00

4/1/2016    https://earchive4.ddsservicebureau.com/cowww/DocumentServer/ViewDoc?AppID=78&DocumentID=359229&PrimaryKey=359229&AppViewerID=36&Down...



**PARKE**
*A Return to Better Banking*

| | | |
|---|---|---|
| 9000401864 | 03/01/2016 | 03/31/2016 |

Sunrise/Hovcare Limited
Partnership
900 Birchfield Drive
Mount Laurel NJ 08054

Mobile Remote Deposit is here! This new enhancement to the ParkeBank Mobile Banking App can save you time and time is money. It is available to qualified personal and business customers, some restrictions do apply, ask us how you can apply today.

Parke Business Checking - 9000401864

### Account Summary for Parke Business Checking - 9000401864

| Starting Balance | + | Deposits | + | Interest Paid | – | Withdrawals | – | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| $54.88 | | $541.53 | | $0.00 | | $287.05 | | $45.00 | | $264.36 |

### Transactions for Parke Business Checking - 9000401864

| Date | Description | Checks / Debits | Deposits / Credits | Balance |
|---|---|---|---|---|
| 03/01 | Starting Balance | | | $54.88 |
| 03/03 | **5504 Check** | **-$51.51** | | **$3.37** |
| 03/03 | 5503 Check | -$235.54 | | -$232.17 |
| 03/03 | **Insufficient Funds Charge CK # 5503 (Paid)** | **-$30.00** | | **-$262.17** |
| 03/04 | Descriptive Deposit Remote Deposit Scanned Checks | | $287.05 | $24.88 |
| 03/31 | **Descriptive Deposit Remote Deposit Scanned Checks** | | **$254.48** | **$279.36** |
| 03/31 | Maintenance Service Charge | -$15.00 | | $264.36 |

### Checks for Parke Business Checking - 9000401864

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 03/03 | 5503 | -$235.54 | 03/03 | 5504 | -$51.51 |

\* denotes a missing check
(E) Electronic Check

Mobile Remote Deposit is here! This new enhancement to the ParkeBank Mobile Banking App can save you time and time is money. It is available to qualified personal and business customers, some restrictions do apply, ask us how you can apply today.

## SUNRISE / HOVCARE L.P.
## General Ledger for a Specific Account
### 1/1/2016 to 3/31/2016

**GL ACCOUNT: 100108      PARKE BANK**

| Date | Reference | Posting Remarks | Debit | Credit | CostCnt | Vendor | Invoice | CHK# | Sect | House | CostCode |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2015 | 0 | BegY Beginning Year Balance | $13.57 | $0.00 | | | | | | | |
| | | Total for the Month: | $13.57 | $0.00 | | | | | | | |
| 1/6/2016 | 331817 | JENSF FEE - - | | $30.00 | | | | | | | |
| 1/7/2016 | 331761 | CR  FUND SUNRISE I FROM JSH LLC OPERATING - | $130.00 | | | | | | | | |
| 1/18/2016 | 332346 | JEMAINTENANCE SVC CHG 1   2-31-15 - | | $15.00 | | | | | | | | |
| 1/27/2016 | 332827 | CK  CHECK PROCESSING OF WO/PO - CHECK PROCESSING | | $163.69 | | | | | | | | |
| 1/30/2016 | 333067 | CR  FUND SUNRISE I - JSH LLC OPERATING - CK RUN 1/27/16 - | $150.00 | | | | | | | | |
| | | Total for the Month: | $280.00 | $208.69 | | | | | | | |
| 2/19/2016 | 334124 | JEMAINTENANCE SVC CHG - 1   /29/16 - | | $15.00 | | | | | | | | |
| 2/26/2016 | 334357 | CK  CHECK PROCESSING OF WO/PO - CHECK PROCESSING | | $287.05 | | | | | | | | |
| 2/29/2016 | 334716 | JEMAINTENANCE SVC CHG 2   /29/16 - | | $15.00 | | | | | | | | |
| | | Total for the Month: | $0.00 | $317.05 | | | | | | | |
| 3/4/2016 | 334775 | CR  FUNDING - CLAYTON URBAN CK 2491 - | $287.05 | | | | | | | | |
| 3/29/2016 | 335577 | CK  CHECK PROCESSING OF WO/PO - CHECK PROCESSING | $254.48 | $254.48 | | | | | | | | |
| 3/31/2016 | 335680 | CR  FUNDING CHECK RUN 3/29/16 - CLAYTON URBAN CK 2528 - | $254.48 | | | | | | | | |
| | | Total for the Month: | $541.53 | $254.48 | | | | | | | |
| | | | $835.10 | $780.22 | | | | | | | |
| | | Ending Balance for the Period | | | $54.88 | | | | | | | |
| | | | $835.10 | $780.22 | | | | | | | |
| | | Account Balance | | | $54.88 | | | | | | | |

# SUNRISE / HOVCARE L.P.

## Check Register
## 3/1/2016  to  3/31/2016

| Sub Co | Check# | Status | Check Date | Amount | Vendor | Paid To Order of | Bank | Manual | SRC |
|--------|--------|--------|-----------|--------|--------|------------------|------|--------|-----|
| Cash Account | 100108 | | | | | | | | |
| 012 | 005505 | | 3/29/2016 | 200.78 | 005000 | PUBLIC SERVICE ELEC & GAS | A | ☐ | C |
| 012 | 005506 | | 3/29/2016 | 53.70 | NOF | DEPTFORD TOWNSHIP MUA | A | ☐ | C |

| Account Total: | 254.48 | | Register Total: | 254.48 |
|----------------|--------|---|-----------------|--------|
| | | | VOIDS Total: | 0.00 |
| | | | Net Paid: | 254.48 |

| Register Total: | 254.48 |
|-----------------|--------|
| VOIDS Total: | 0.00 |
| Net Paid: | 254.48 |

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

JSHOV-6    OP ID: KD

DATE (MM/DD/YYYY)
04/20/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | | |
|---|---|---|---|
| The Martin Company<br>500 Jessup Road<br>West Deptford, NJ 08066<br>Sam Martin | CONTACT NAME: | | |
| | PHONE (A/C, No, Ext): 856-845-3636 | FAX (A/C, No): 856-845-9191 | |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED   Sunrise/Hovcare LP<br>900 Birchfield Drive<br>Mt. Laurel, NJ 08054 | INSURER A : Evanston Ins Co | | |
| | INSURER B : Travelers Ind Co. of Amer | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | 3C41325 | 04/06/2016 | 04/06/2017 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS  NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | Building Coverage | | | QT 660 6807P897 TIA 11 | 04/06/2016 | 04/06/2017 | 239,000 | Limit |
| | | | | | | | 1,000 | Ded. |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| US Bankruptcy Court | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>Sam Martin |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)    The ACORD name and logo are registered marks of ACORD