UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re _SUNRISE / HOVCARE L.P.

Case No. _16-13894 (JNP)
Reporting Period: MAY 2016

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | N/A | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | N/A | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date 6-17-16

Signature of Joint Debtor _____    Date

Signature of Authorized Individual* _____    Date 6-17-16

Robert W. Haslam
Printed Name of Authorized Individual

V.P. of Operations
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

In re: SUNRISE / HOVCARE L.P.
Debtor

Case No. 16-13894 (JNP)
Reporting Period: MAY 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 134.88 | | | | 134.88 | 109.88 | -232.17 | -232.17 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | 1,669.11 | | | | 1,669.11 | 2,257.53 | 2,373.59 | 3,295.13 |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | 0.00 | 287.05 | 296.93 |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | 1,669.11 | | | | 1,669.11 | 2,257.53 | 2,660.64 | 3,592.06 |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | 1,511.53 | | | | 1,511.53 | 1,511.53 | 1,511.53 | 1,511.53 |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | 178.00 | | 178.00 |
| ADMINISTRATIVE | 0.00 | | | | | 15.00 | 45.00 | 75.00 |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 157.58 | | | | 157.58 | 553.00 | 412.06 | 1,160.48 |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S TRUSTEE QUARTERLY FEES | 0.00 | | | | | | 325.00 | 325.00 |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 1,669.11 | | | | 1,669.11 | 2,257.53 | 2,293.59 | 3,250.01 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 0.00 | | | | 0.00 | 0.00 | 367.05 | 342.05 |
| CASH - END OF MONTH | 134.88 | | | | 134.88 | 109.88 | 134.88 | 109.88 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 1,669.11 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 1,669.11 |

FORM MOR-1
(9/99)

In re SUNRISE / HOVCARE L.P.
Debtor

Case No. _16-13894 (JNP)
Reporting Period: MAY 2016

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating # | | Payroll # | | Tax # | | Other # | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| **BANK BALANCE** | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |

OTHER
Please see attached bank statement

FORM MOR-1 (CONT)
(9/99)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.  
    Debtor

Case No. _16-13894 (JNP)  
Reporting Period: MAY 2016

Explanation  
Bank account opened in April for D.I.P. account

Explanation for Other disbursements under Current month  
    Pymt for utilities  
    Electric    103.88  
    S/W       53.70  
              157.58

Explanations for Other Receipts under Cumulative Actual  
    Actual is funding to Sunrise prior to DIP account being opened  
    Clayton Urban ck 2491 to fund acct 3/4/16 $287.05

Explanations for Other Disbursements under Cumulative Actual  
    Pymt for utilities  
    Electric    304.66  
    S/W      107.40  
              412.06

In re SUNRISE / HOVCARE L.P.  
Debtor

Case No. 16-13894 (JNP)  
Reporting Period: MAY 2016

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 0.00 | 0.00 |
| Less: Returns and Allowances | 0.00 | 0.00 |
| Net Revenue | 0.00 | 0.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0.00 | 0.00 |
| Add: Purchases | 0.00 | 0.00 |
| Add: Cost of Labor | 0.00 | 0.00 |
| Add: Other Costs (attach schedule) | 0.00 | 0.00 |
| Less: Ending Inventory | 0.00 | 0.00 |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| **OPERATING EXPENSES** | | |
| Advertising | 0.00 | 0.00 |
| Auto and Truck Expense | 0.00 | 0.00 |
| Bad Debts | 0.00 | 0.00 |
| Contributions | 0.00 | 0.00 |
| Employee Benefits Programs | 0.00 | 0.00 |
| Insider Compensation* | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Management Fees/Bonuses | 0.00 | 0.00 |
| Office Expense | 0.00 | 0.00 |
| Pension & Profit-Sharing Plans | 0.00 | 0.00 |
| Repairs and Maintenance | 22.74 | 22.74 |
| Rent and Lease Expense | 0.00 | 0.00 |
| Salaries/Commissions/Fees | 0.00 | 0.00 |
| Supplies | 0.00 | 0.00 |
| Taxes - Payroll | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 1,511.53 |
| Taxes - Other | 0.00 | 0.00 |
| Travel and Entertainment | 0.00 | 0.00 |
| Utilities | 126.53 | 538.59 |
| Other (attach schedule) | 0.00 | 97.50 |
| Total Operating Expenses Before Depreciation | 149.27 | 2,170.36 |
| Depreciation/Depletion/Amortization | 0.00 | 0.00 |
| Net Profit (Loss) Before Other Income & Expenses | -149.27 | -2,170.36 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0.00 | 0.00 |
| Interest Expense | 0.00 | 0.00 |
| Other Expense (attach schedule) | 0.00 | 0.00 |
| Net Profit (Loss) Before Reorganization Items | 0.00 | 0.00 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0.00 | 0.00 |
| U. S. Trustee Quarterly Fees | 0.00 | 325.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0.00 | 0.00 |
| Gain (Loss) from Sale of Equipment | 0.00 | 0.00 |
| Other Reorganization Expenses (attach schedule) | 0.00 | 0.00 |
| Total Reorganization Expenses | 0.00 | 325.00 |
| Income Taxes | 0.00 | 0.00 |
| Net Profit (Loss) | -149.27 | -2,495.36 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2  
(9/99)

In re_SUNRISE / HOVCARE L.P.
Debtor

Case No. 16-13894 (JNP)
Reporting Period: MAY 2016

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Bank fees | | 45.00 |
| Annual reporting State of NJ | | 52.50 |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CON'T)
(9/99)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.  
Debtor

Case No. _16-13894 (JNP)  
Reporting Period: MAY 2016

Explanation

In re SUNRISE / HOVCARE L P  
Debtor

Case No. 16-13894 (JNP)  
Reporting Period: MAY 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 134.88 | -232.17 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 0.00 | 0.00 |
| Accounts Receivable (Net) | 4,208,322.72 | 4,208,322.72 |
| Notes Receivable | 0.00 | 0.00 |
| Inventories | 0.00 | 0.00 |
| Prepaid Expenses | 0.00 | 0.00 |
| Professional Retainers | 0.00 | 0.00 |
| Other Current Assets (attach schedule) | 0.00 | 0.00 |
| *TOTAL CURRENT ASSETS* | 4,208,457.60 | 4,208,090.55 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 203,300.00 | 203,300.00 |
| Machinery and Equipment | 0.00 | 0.00 |
| Furniture, Fixtures and Office Equipment | 0.00 | 0.00 |
| Leasehold Improvements | 0.00 | 0.00 |
| Vehicles | 0.00 | 0.00 |
| Less Accumulated Depreciation | -152,000.00 | -152,000.00 |
| *TOTAL PROPERTY & EQUIPMENT* | 51,300.00 | 51,300.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0.00 | 0.00 |
| Other Assets (attach schedule) | 0.00 | 0.00 |
| *TOTAL OTHER ASSETS* | 0.00 | 0.00 |
| **TOTAL ASSETS** | 4,259,757.60 | 4,259,390.55 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | 126.53 | 0.00 |
| Taxes Payable (refer to FORM MOR-4) | 0.00 | 0.00 |
| Wages Payable | 0.00 | 0.00 |
| Notes Payable | 0.00 | 0.00 |
| Rent / Leases - Building/Equipment | 0.00 | 0.00 |
| Secured Debt / Adequate Protection Payments | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 |
| Amounts Due to Insiders* | 0.00 | 0.00 |
| Other Postpetition Liabilities (attach schedule) | 0.00 | 0.00 |
| *TOTAL POSTPETITION LIABILITIES* | 126.53 | 0.00 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 13,447.28 | 13,447.28 |
| Priority Debt | 0.00 | 0.00 |
| Unsecured Debt | 124,807.08 | 124,807.08 |
| *TOTAL PRE-PETITION LIABILITIES* | 138,254.36 | 138,254.36 |
| **TOTAL LIABILITIES** | 138,380.89 | 138,254.36 |
| **OWNER EQUITY** | | |
| Capital Stock | 0.00 | 0.00 |
| Additional Paid-In Capital | 4,137,618.28 | 4,137,618.28 |
| Partners' Capital Account | 0.00 | 0.00 |
| Owner's Equity Account | 1,091.80 | 1,091.80 |
| Retained Earnings - Pre-Petition | -17,573.89 | -17,573.89 |
| Retained Earnings - Postpetition | -2,495.36 | 0.00 |
| Adjustments to Owner Equity (attach schedule) | 0.00 | 0.00 |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 2,735.88 | 0.00 |
| *NET OWNER EQUITY* | 4,121,376.71 | 4,121,136.19 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 4,259,757.60 | 4,259,390.55 |

*"Insider" as defined in 11 U.S.C. Section 101(31)

FORM MOR-3  
(9/99)

In re  SUNRISE / HOVCARE L.P.  
      Debtor

Case No. __16-13894 (JNP)  
Reporting Period: MAY 2016

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| | | |
| **Other Assets** | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| **Adjustments to Owner Equity** | | |
| | | |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| funding for pymt of invoices | 2,735.88 | |
| Hovbros Cinnaminson - $1,669.11 | | |
| Hovbros Clayton Urban - $541.53 | | |
| JS Hovnanian & Sons $525.24 | | |

Restricted Cash: cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 (CONT)  
(9/99)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.  
      Debtor

Case No. _16-13894 (JNP)  
Reporting Period: MAY 2016

Explanation

Secured Debt - Taxes due to Twp $13,447.28 pre-petition  
Unsecured Debt - $4,504.05 payables to vendors - $38,555.65 suspense account - $81,747.38 accrued payables pre-petition

In re   SUNRISE / HOVCARE L.P  
     Debtor

Case No. __16-13894 (JNP)  
Reporting Period: MAY 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | 0.00 |
| FICA-Employee | | | | | | 0.00 |
| FICA-Employer | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Income | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Total Federal Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **State and Local** | | | | | | |
| Withholding | | | | | | 0.00 |
| Sales | | | | | | 0.00 |
| Excise | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Real Property | | | | | | 0.00 |
| Personal Property | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Total State and Local | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Taxes** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  |  | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 126.53 | 0.00 | 0.00 | 0.00 | 0.00 | 126.53 |
| Wages Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Building | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Secured Debt/Adequate Protection Payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amounts Due to Insiders* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Postpetition Debts | 126.53 | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____  
_____  
_____  
_____  
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

In re SUNRISE / HOVCARE L.P.  
        Debtor

Case No. 16-13894 (JNP)  
Reporting Period: MAY 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 4,208,323 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 4,208,323 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 4,208,323 |
| Total Accounts Receivable | 4,208,323 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 4,208,323 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

The receivable balance is comprised of intercompany receivables, $4,208,232. This amount was reported as the pre-petition balance.

FORM MOR-5  
(9/99)

## BANK RECONCILIATION

MONTH: **MAY**

COMPANY: **SUNRISE I - PARKE BANK**     PREPARED BY: SLP     DATE: 6/14/2016

| | |
|---|---:|
| General Ledger Beginning Balance: | 134.88 |
| Deposits: | 1,669.11 |
| Disbursements: | -1,669.11 |
| Prior Month's Adj Jes: | |
| Prior Month's Adj Jes: | |
| Current Month Adjusting Entries: | |
| GENERAL LEDGER ENDING BALANCE | 134.88 |
| Bank Fees: | |
| Interest: | |
| **Adjusted General Ledger Ending Balance** | 134.88 |
| Add: Outstanding Checks | 0.00 |

| CHECK | DATE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| | |
|---|---:|
| **Reconciled General Ledger Balance** | 134.88 |
| Bank Ending Balance: | |
|     Sweep | |
|     Operating    134.88 | |
|     Cash | 134.88 |
| Adjustments to Bank Balance (Operating) | |
| **Bank Adjusted Balance** | 134.88 |
| Reconciliation Difference | 0.00 |

# PARKE BANK
*A Return to Better Banking®*

P.O. Box 40
601 Delsea Dr.
Sewell, NJ 08080

**RETURN SERVICE REQUESTED**

>000766 3987362 0001 092537 10Z

SUNRISE HOVCARE LP
DEBTOR IN POSSESSION
CASE #16-13894
900 BIRCHFIELD DR
MOUNT LAUREL NJ 08054-4017

**Statement Ending 05/31/2016**

Page 1 of 4



Managing Your Accounts

Phone Number: 1.866.PARKEBK (727-5325)
Mailing Address: P.O. Box 40, 601 Delsea Dr, Sewell, NJ 08080
Online Access: www.parkebank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Parke Business | XXXXXXXX1846 | $134.88 |

## Parke Business - XXXXXXXX1846
## Parke Business Checking

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/01/2016 | Beginning Balance | $459.88 |
| | 1 Credit(s) This Period | $1,669.11 |
| | 4 Debit(s) This Period | $1,994.11 |
| 05/31/2016 | Ending Balance | $134.88 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/06/2016 | Deposit | $1,669.11 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 5507 | 05/04/2016 | $325.00 | 5509 | 05/12/2016 | $53.70 |
| 5508 | 05/12/2016 | $103.88 | 5510 | 05/11/2016 | $1,511.53 |

\* Indicates skipped check number

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Member FDIC


EQUAL HOUSING LENDER



**PARKE BANK**
*A Return to Better Banking®*

**Statement Ending 05/31/2016**

Page 3 of 4



5507 $325.00

5508 $103.88

5509 $53.70

5510 $1,511.53



5507 $325.00

5508 $103.88



5509 $53.70

5510 $1,511.53

# SUNRISE / HOVCARE L.P. - D.I.P. - 16-13894 (JNP)
## General Ledger for a Specific Account
### 1/1/2016 to 5/31/2016

GL ACCOUNT: 100112    PARKE BANK - D.I.P.

| Date | Reference | | Posting Remarks | Debit | Credit | CostCnt | Vendor | Invoice | CHK# | Sect | House | CostCode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/2016 | 336863 | JE | CLOSE OUT & TRANSFER OPERATING BALANCE TO NEW D.I.P. ACCOUNT - | $9.88 | | | | | | | | |
| 4/21/2016 | 336794 | JE | FUND NEW PARKE BANK D.I.P. ACCOUNT VIA JSH,LLC TRANSFER - | $100.00 | | | | | | | | |
| 4/28/2016 | 336977 | CK | CHECK PROCESSING OF WO/PO - CHECK PROCESSING | | $325.00 | | | | | | | |
| 4/28/2016 | 336984 | CR | TRANSFER FUNDS FROM JSH,LLC TO #612 SUNRISE HOVCARE D.I.P 16-13894 (JNP) ACCOUNT | $350.00 | | | | | | | | |
| | | | Total for the Month: | $459.88 | $325.00 | | | | | | | |
| 5/4/2016 | 337282 | CK | CHECK PROCESSING OF WO/PO - CHECK PROCESSING | | $1,669.11 | | | | | | | |
| 5/6/2016 | 337429 | CR | FUNDING FOR CHECK RUN 5/4/16 - CINNAMINSO CK 277 - | $1,669.11 | | | | | | | | |
| | | | Total for the Month: | $1,669.11 | $1,669.11 | | | | | | | |
| | | | | $2,128.99 | $1,994.11 | Ending Balance for the Period | $134.88 | | | | | |
| | | | | $2,128.99 | $1,994.11 | Account Balance | $134.88 | | | | | |

# SUNRISE / HOVCARE L.P. - D.I.P. - 16-13894 (JNP)
## Check Register
## 5/1/2016 to 5/31/2016

| Sub Co | Check# | Status | Check Date | Amount | Vendor | Paid To Order of | Bank | Manual | SRC |
|---|---|---|---|---|---|---|---|---|---|
| Cash Account | 100112 | | | | | | | | |
| 612 | 005508 | | 5/4/2016 | 103.88 | 005000 | PUBLIC SERVICE ELEC & GAS | A | ☐ | C |
| 612 | 005509 | | 5/4/2016 | 53.70 | NOF | DEPTFORD TOWNSHIP MUA | A | ☐ | C |
| 612 | 005510 | | 5/4/2016 | 1,511.53 | NOF | DEPTFORD TOWNSHIP | A | ☐ | C |
| Account Total: | | 1,669.11 | | | | | | | |

Register Total: 1,669.11
VOIDS Total: 0.00
Net Paid: 1,669.11

Register Total: 1,669.11
VOIDS Total: 0.00
Net Paid: 1,669.11

Printed By: Sherion Piescienski 6/14/2016 11:57:12 AM

Page 1 of 1

# A/P Aged Invoice Report
## As of 05/31/2016

| Vendor | Name | Invoice# | Inv Date | Due Date | Balance | Current | Due | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Company: 612 | SUNRISE / HOVCARE L.P. - DIP SUNRISE I | | | | | | | | | | |
| 005000 | PUBLIC SERVICE ELEC | 3804APR2016 | 4/29/2016 | 5/6/2016 | 72.02 | 72.02 | | | | | |
| | | | | Vendor Totals: | 72.02 | 72.02 | | | | | |
| NOF | DEPTFORD TOWNSHIP | 3046MAY2016 | 5/5/2016 | 5/5/2016 | 54.51 | 54.51 | | | | | |
| | | | | Vendor Totals: | 54.51 | 54.51 | | | | | |
| Company: 612 | | | | Company Totals: | 126.53 | 126.53 | | | | | |

| | | | | JSHOV-6 | OP ID: KD |

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 04/20/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
The Martin Company
500 Jessup Road
West Deptford, NJ 08066
Sam Martin

**CONTACT NAME:**
PHONE (A/C, No, Ext): 856-845-3636
FAX (A/C, No): 856-845-9191
E-MAIL ADDRESS:

**INSURER(S) AFFORDING COVERAGE** — NAIC #
INSURER A: Evanston Ins Co
INSURER B: Travelers Ind Co. of Amer
INSURER C:
INSURER D:
INSURER E:
INSURER F:

**INSURED**
Sunrise/Hovcare LP
900 Birchfield Drive
Mt. Laurel, NJ 08054

## COVERAGES   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY <br> ☐ CLAIMS-MADE  X OCCUR | | | 3C41325 | 04/06/2016 | 04/06/2017 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> ☐ POLICY ☐ PRO-JECT ☐ LOC ☐ OTHER | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY <br> ☐ ANY AUTO <br> ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS <br> ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR <br> ☐ EXCESS LIAB ☐ CLAIMS-MADE <br> ☐ DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? <br> (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | Building Coverage | | | QT 660 6807P897 TIA 11 | 04/06/2016 | 04/06/2017 | 239,000 | Limit |
| | | | | | | | 1,000 | Ded. |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**

US Bankruptcy Court

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
Sam Martin

© 1988-2014 ACORD CORPORATION. All rights reserved.
ACORD 25 (2014/01)   The ACORD name and logo are registered marks of ACORD