**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re _SUNRISE / HOVCARE L.P.

Case No. _16-13894 (JNP)
Reporting Period: JUNE 2016

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|     Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|     Copies of bank statements | | | |
|     Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | N/A | |
|     Copies of IRS Form 6123 or payment receipt | | | |
|     Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | N/A | |
|     Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____

Signature of Debtor

Date    7-19-16

_____

Signature of Joint Debtor

Date

_____

Signature of Authorized Individual*

Date    7/19/16

Robert W. Haslam
Printed Name of Authorized Individual

V.P. of Operations
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.                         Case No. _16-13894 (JNP)
          Debtor

Explanation

D.I.P. account opened in April

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.                Case No. _16-13894 (JNP)
          Debtor                           Reporting Period: MARCH 2016 thru FEBRUARY 2017

**RECEIPTS**

**Other Receipts - $287.05 was deposited on 3/4 to fund checks written Feb. 29, 2016 - pre-petition**
          **$9.88 transferred to new D.I.P. Account**

**EXPENSE - MARCH 2016**

| AMINISTRATIVE | OTHER | Professional |
|---|---|---|
| 15.00 Bank Srv Charge | 200.78 P.S.E & G. | |
| | 53.70 S&W MUA | |
| | 30.00 Bank NSF | |

**EXPENSES - for April 2016 thru February 2017**

For May only - vandilism repairs - front door of home kicked in.est. $200 in repairs

| AMINISTRATIVE | OTHER | | Professional | |
|---|---|---|---|---|
| 15.00 Bank Srv Charge | 200.00 P.S.E & G. | Est for year | 1,500.00 Heffler/Acctg | July |
| | 53.00 S&W MUA | Est for year | | |
| | 100.00 Maint | Est for year | | |

| 15.00 | 353.00 | 1,500.00 |
|---|---|---|

In re_SUNRISE / HOVCARE L.P.                                    Case No. 16-13894 (JNP)
                    Debtor                                      Reporting Period: JUNE 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the
first report, the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must
equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL
REPORT (FORM IR-1).   Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal
must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 134 88 | | | | 134 88 | 109 88 | -232 17 | -232 17 |
| | | | | | | | | |
| RECEIPTS | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | 126 53 | | | | 126 53 | 457 00 | 2,500 12 | 3,752 13 |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | 0 00 | 287 05 | 296 93 |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | 126 53 | | | | 126 53 | 457 00 | 2,787 17 | 4,049 06 |
| | | | | | | | | |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | 0 00 | 1,511 53 | 1,511 53 |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | 89 00 | | 287 00 |
| ADMINISTRATIVE | 0 00 | | | | | 15 00 | 45 00 | 90 00 |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 221 29 | | | | 221 29 | 353 00 | 633 35 | 1,513 48 |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | 0 00 | | | | | | 325 00 | 325 00 |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 221 29 | | | | 221 29 | 457 00 | 2,514 88 | 3,707 01 |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | -94 76 | | | | -94 76 | 0 00 | 272 29 | 342 05 |
| | | | | | | | | |
| CASH - END OF MONTH | 40 12 | | | | 40 12 | 109 88 | 40 12 | 109 88 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 221 29 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 221 29 |

FORM MOR-1
(9/99)

In re SUNRISE / HOVCARE L.P.                                      Case No. _16-13894 (JNP)
             Debtor                                              Reporting Period: JUNE 2016

## BANK RECONCILIATIONS

### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

|  | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
|  | # |  | # |  | # |  | # |  |
| **BALANCE PER BOOKS** |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| BANK BALANCE |  |  |  |  |  |  |  |  |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) |  |  |  |  |  |  |  |  |
| (-) OUTSTANDING CHECKS (ATTACH LIST) |  |  |  |  |  |  |  |  |
| OTHER  (ATTACH EXPLANATION) |  |  |  |  |  |  |  |  |
| ADJUSTED BANK BALANCE * |  |  |  |  |  |  |  |  |
| * Adjusted bank balance must equal<br>   balance per books |  |  |  |  |  |  |  |  |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

OTHER
Please see attached bank statement

FORM MOR-1 (CONT)
(2/7)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.                    Case No. _16-13894 (JNP)
        Debtor                         Reporting Period: JUNE 2016

Explanation
Bank account opened in April for D.I.P. account

Explanation for Other disbursements under Current month
    Pymt for utilities

| | |
|---|---:|
| Electric | 112.27 |
| S/W | 109.02 |
| | 221.29 |

Explanations for Other Receipts under Cumulative Actual
    Actual is funding to Sunrise prior to DIP account being opened
    Clayton Urban ck 2491 to fund acct 3/4/16 $287.05

Explanations for Other Disbursements under Cumulative Actual
    Pymt for utilities

| | |
|---|---:|
| Electric | 416.93 |
| S/W | 216.42 |
| | 633.35 |

In re SUNRISE / HOVCARE L.P.                          Case No._16-13894 (JNP)
            Debtor                                   Reporting Period.: JUNE 2016

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 0.00 | 0.00 |
| Less:  Returns and Allowances | 0.00 | 0.00 |
| Net Revenue | 0.00 | 0.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0.00 | 0.00 |
| Add: Purchases | 0.00 | 0.00 |
| Add: Cost of Labor | 0.00 | 0.00 |
| Add: Other Costs (attach schedule) | 0.00 | 0.00 |
| Less: Ending Inventory | 0.00 | 0.00 |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| **OPERATING EXPENSES** | | |
| Advertising | 0.00 | 0.00 |
| Auto and Truck Expense | 0.00 | 0.00 |
| Bad Debts | 0.00 | 0.00 |
| Contributions | 0.00 | 0.00 |
| Employee Benefits Programs | 0.00 | 0.00 |
| Insider Compensation* | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Management Fees/Bonuses | 0.00 | 0.00 |
| Office Expense | 0.00 | 0.00 |
| Pension & Profit-Sharing Plans | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 22.74 |
| Rent and Lease Expense | 0.00 | 0.00 |
| Salaries/Commissions/Fees | 0.00 | 0.00 |
| Supplies | 0.00 | 0.00 |
| Taxes - Payroll | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 1,511.53 |
| Taxes - Other | 0.00 | 0.00 |
| Travel and Entertainment | 0.00 | 0.00 |
| Utilities | 94.76 | 633.35 |
| Other (attach schedule) | 0.00 | 97.50 |
| Total Operating Expenses Before Depreciation | 94.76 | 2,265.12 |
| Depreciation/Depletion/Amortization | 0.00 | 0.00 |
| Net Profit (Loss) Before Other Income & Expenses | -94.76 | -2,265.12 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0.00 | 0.00 |
| Interest Expense | 0.00 | 0.00 |
| Other Expense (attach schedule) | 0.00 | 0.00 |
| Net Profit (Loss) Before Reorganization Items | 0.00 | 0.00 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0.00 | 0.00 |
| U. S. Trustee Quarterly Fees | 325.00 | 650.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0.00 | 0.00 |
| Gain (Loss) from Sale of Equipment | 0.00 | 0.00 |
| Other Reorganization Expenses (attach schedule) | 0.00 | 0.00 |
| Total Reorganization Expenses | 325.00 | 650.00 |
| Income Taxes | 0.00 | 0.00 |
| Net Profit (Loss) | -419.76 | -2,915.12 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2

(9/99)

In re_SUNRISE / HOVCARE L.P.                     Case No. 16-13894 (JNP)
       Debtor                              Reporting Period: JUNE 2016

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Bank fees | | 45.00 |
| Annual reporting State of NJ | | 52.50 |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CON'T)
(9/99)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.                    Case No. _16-13894 (JNP)
          Debtor                                Reporting Period: JUNE 2016

Explanation

In re  SUNRISE / HOVCARE L.P
              Debtor

Case No   16-13894 (JNP)
Reporting Period   JUNE 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 40 12 | -232 17 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 0 00 | 0 00 |
| Accounts Receivable (Net) | 4,208,322 72 | 4,208,322 72 |
| Notes Receivable | 0 00 | 0 00 |
| Inventories | 0 00 | 0 00 |
| Prepaid Expenses | 0 00 | 0 00 |
| Professional Retainers | 0 00 | 0 00 |
| Other Current Assets (attach schedule) | 0 00 | 0 00 |
| *TOTAL CURRENT ASSETS* | 4,208,362 84 | 4,208,090 55 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 203,300 00 | 203,300 00 |
| Machinery and Equipment | 0 00 | 0 00 |
| Furniture, Fixtures and Office Equipment | 0 00 | 0 00 |
| Leasehold Improvements | 0 00 | 0 00 |
| Vehicles | 0 00 | 0 00 |
| Less Accumulated Depreciation | -152,000 00 | -152,000 00 |
| *TOTAL PROPERTY & EQUIPMENT* | 51,300 00 | 51,300 00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 00 | 0 00 |
| Other Assets (attach schedule) | 0 00 | 0 00 |
| *TOTAL OTHER ASSETS* | 0 00 | 0 00 |
| **TOTAL ASSETS** | 4,259,662 84 | 4,259,390 55 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 0 00 | 0 00 |
| Taxes Payable (refer to FORM MOR-4) | 0 00 | 0 00 |
| Wages Payable | 0 00 | 0 00 |
| Notes Payable | 0 00 | 0 00 |
| Rent / Leases - Building/Equipment | 0 00 | 0 00 |
| Secured Debt / Adequate Protection Payments | 0 00 | 0 00 |
| Professional Fees | 0 00 | 0 00 |
| Amounts Due to Insiders* | 0 00 | 0 00 |
| Other Postpetition Liabilities (attach schedule) | 325 00 | 0 00 |
| *TOTAL POSTPETITION LIABILITIES* | 325 00 | 0 00 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 13,447 28 | 13,447 28 |
| Priority Debt | 0 00 | 0 00 |
| Unsecured Debt | 124,807 08 | 124,807 08 |
| *TOTAL PRE-PETITION LIABILITIES* | 138,254 36 | 138,254 36 |
| | | |
| *TOTAL LIABILITIES* | 138,579 36 | 138,254 36 |
| **OWNER EQUITY** | | |
| Capital Stock | 0 00 | 0 00 |
| Additional Paid-In Capital | 4,137,618 28 | 4,137,618 28 |
| Partners' Capital Account | 0 00 | 0 00 |
| Owner's Equity Account | 1,091 80 | 1,091 80 |
| Retained Earnings - Pre-Petition | -17,573 89 | -17,573 89 |
| Retained Earnings - Postpetition | -2,915 12 | 0 00 |
| Adjustments to Owner Equity (attach schedule) | 0 00 | 0 00 |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 2,862 41 | 0 00 |
| *NET OWNER EQUITY* | 4,121,083 48 | 4,121,136 19 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 4,259,662 84 | 4,259,390 55 |

FORM MOR-3
(9/99)

*"Insider" is defined in 11 U.S.C Section 101(31)

In re    SUNRISE / HOVCARE L.P.
          Debtor

Case No. __16-13894 (JNP)
Reporting Period: JUNE 2016

## BALANCE SHEET – continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| Accrued Qrtly payment | 325.00 | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| funding for pymt of invoices | 2,862.41 | |
| Hovbros Cinnaminson - $1,669.11 | | |
| Hovbros Clayton Urban - $541.53 | | |
| JS Hovnanian & Sons $651.77 | | |
| | | |
| | | |

Restricted Cash:  cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
          into a separate account, such as an escrow account.

FORM MOR-3 (CON'T)
(9 99)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re SUNRISE / HOVCARE L.P.                             Case No. _16-13894 (JNP)
          Debtor                                   Reporting Period: JUNE 2016

Explanation

Secured Debt - Taxes due to Twp $13,447.28 pre-petition
Unsecured Debt - $4,504.05 payables to vendors - $38,555.65 suspense account - $81,747.38 accrued payables
        pre-petition

In re____SUNRISE / HOVCARE L.P.                    Case No. ___16-13894 (JNP)
           Debtor                                  Reporting Period: JUNE 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | 0.00 |
| FICA-Employee | | | | | | 0.00 |
| FICA-Employer | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Income | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Total Federal Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **State and Local** | | | | | | |
| Withholding | | | | | | 0.00 |
| Sales | | | | | | 0.00 |
| Excise | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Real Property | | | | | | 0.00 |
| Personal Property | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Total State and Local | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Taxes** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wages Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Building | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent/Leases-Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Secured Debt/Adequate Protection Payments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amounts Due to Insiders* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Postpetition Debts** | 0.00 | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9.99)

In re SUNRISE / HOVCARE L.P.                                    Case No. 16-13894 (JNP)
Debtor                                              Reporting Period: JUNE 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 4,208,323 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 4,208,323 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 4,208,323 |
| Total Accounts Receivable | 4,208,323 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 4,208,323 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

The receivable balance is comprised of intercompany receivables, $4,208,232. This amount was reported as
the pre-petition balance.

FORM MOR-5
(9/99)